FILED _____     _____ RECEIVED
_____ ENTERED        _____ SERVED ON
           COUNSEL/PARTIES OF RECORD

DEC  3 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY _____                              _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-mj-992-LRL |
|     Plaintiff, ) | ~~2:06-CR-234-PMP~~ |
| ) | |
| vs ) | |
| ) | |
| VICTOR MENDOZA-AGUILAR et al., ) | **ORDER APPOINTING COUNSEL** |
| ) | **AND DIRECTING THE MARSHAL** |
|     Defendant, ) | **TO SERVE SUBPOENAS AT** |
| ) | **GOVERNMENT EXPENSE** |

The individuals named below, having testified under oath or having otherwise satisfied this Court that they (1) are financially unable to employ counsel and (2) do not wish to waive counsel, and, because the interests of justice so require, the Court finds that these individuals are indigent, therefore;

IT IS ORDERED that **BRET WHIPPLE, ESQ.** is hereby appointed to represent, **ANTONIO RODRIGUEZ-MARTINEZ and REYNALOD MATA-NAZARIO.**

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by Appointed Counsel, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied these individuals are unable to pay fees and expenses of subpoenaed witness(es)

1

and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence.  Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

IT IS FURTHER ORDERED that if counsel for these  individuals desire subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED this 3rd day of December, 2010

_____

UNITED STATES MAGISTRATE  JUDGE